IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

December 12, 2007

Charles R. Fulbruge III
Clerk

No. 06-30406
Summary Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

MOISES CARRALERO

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 3:04-CR-30058-1

Before JOLLY, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Moises Carralero has moved for leave to withdraw and has filed a brief in accordance with Anders v. California, 386 U.S. 738 (1967). Carralero has filed a response and a motion for appointment of new counsel. Our independent review of the record, counsel's brief, and Carralero's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

further responsibilities herein, and the APPEAL IS DISMISSED.  See 5TH CIR. R. 42.2.  The motion for appointment of counsel is DENIED.